## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy L. Hoeben and Tim Hoeben Agency, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> American Family Mutual Insurance Company, American Family Life Insurance Company and American Standard Insurance Company of Wisconsin, and Eric Westlund, <br><br> Defendants. | Case No. 14-cv-2686 <br><br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Defendants American Family Mutual Insurance Company, American Family Life Insurance Company and American Standard Insurance Company of Wisconsin, for their Corporate Disclosure Statement required by Rule 7.1 of the Federal Rules of Civil Procedure, state:

a) American Family Life Insurance Company and American Standard Insurance Company of Wisconsin are both wholly-owned by AmFam, Inc. In turn, AmFam, Inc. is wholly-owned by American Family Mutual Insurance Company. American Family Mutual Insurance Company has no parent.

b) There is no corporation that owns 10% or more of the stock of any entity listed above in subpart (a).

-2-

| | |
|---|---|
| Dated: July 3, 2014 | *s/Blake J. Lindevig* |
| | Martin S. Chester |
| | Bar Number 031514 |
| | Blake J. Lindevig |
| | Bar Number 0392324 |
| | Attorneys for Defendants American Family Mutual Insurance Company, American Family Life Insurance Company and American Standard Insurance Company of Wisconsin, and Eric Westlund |
| | FAEGRE BAKER DANIELS LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | martin.chester@FaegreBD.com |
| | blake.lindevig@FaegreBD.com |

US.54448596.01